# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KEVIN LEMONS**                                                        **PLAINTIFF**
**#115308**

V.                     No. 4:22-cv-01172-JM-ERE

**HIGGINS,** *et al.*                                            **DEFENDANTS**

## **ORDER**

On December 12, 2022, mail sent to Plaintiff Kevin Lemons from the Court was returned as undeliverable. *Doc. 4.*

Mr. Lemons has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Lemons regarding this lawsuit.

If Mr. Lemons wants to pursue this case, he must notify the Court of his current address within 30 days. Failure to comply with this Order is likely to result in the dismissal of Mr. Lemons' complaint.

IT IS SO ORDERED this 13th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE